**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| COVETRUS, INC. and<br>VETERINARY DATA SERVICES, INC.<br><br>Plaintiffs/Counterclaim Defendants<br><br>v.<br><br>ACTIAN CORPORATION<br><br>Defendant/Counterclaim Plaintiff | ) | Case No. 2:21-cv-00097-LEW |

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFFS AND COUNTERCLAIM DEFENDANTS COVETRUS, INC. AND VETERINARY DATA SERVICES, INC. TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT ACTIAN CORPORATION'S COUNTERCLAIMS**

Plaintiffs and Counterclaim Defendants Covetrus, Inc. ("Covetrus") and Veterinary Data Services, Inc. ("VDS") (Covetrus and VDS, collectively, "Plaintiffs/Counterclaim Defendants"), by and through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 6(b) to enlarge the deadline by which Plaintiffs/Counterclaim Defendants must answer or otherwise respond to the Counterclaims of Defendant/Counterclaim Plaintiff Actian Corporation ("Actian") by seven days, until June 23, 2021. Actian's counsel has indicated that they consent to this request. The grounds for this motion are as follows:

1. On or about April 6, 2021, Plaintiffs/Counterclaim Defendants filed a Complaint in this matter (*See* Docket Number ("Doc. No.") 1), seeking declaratory judgment pursuant to 28 U.S.C. § 2201 and 17 U.S.C. § 101, *et seq.*, including declarations that: (i) Plaintiffs/Counterclaim Defendants have not infringed Actian's copyrights; (ii) VDS has been licensed at all relevant times and has not committed a breach of any contract or license with Actian; (iii) Covetrus is not a party

to the VDS license with Actian and has no contract liability under that license; or, (iv) in the alternative, Plaintiffs/Counterclaim Defendants infringement of any copyright held by Actian was not willful.

2. On or about April 29, 2021, Actian was served with Plaintiffs/Counterclaim Defendants' Complaint. *See* Doc. No. 6.

3. On or about May 27, 2021, Actian Answered the Complaint and asserted Counterclaims against Plaintiffs/Counterclaim Defendants. *See* Doc. No. 14.

4. Plaintiffs/Counterclaim Defendants' response to Defendant's Counterclaims is due on June 16, 2021.

5. Plaintiffs/Counterclaim Defendants request that the deadline to respond to Defendant's Counterclaims be extended to June 23, 2021, to allow additional time to formulate their response.

6. Counsel for Plaintiffs/Counterclaim Defendants has proposed this requested extension to Actian's counsel who has consented to the same and do not object.

WHEREFORE, for the foregoing reasons, Plaintiffs/Counterclaim Defendants Covetrus, Inc. and Veterinary Data Services, Inc. respectfully request that the deadline to respond to Actian's Counterclaims be extended to and including June 23, 2021.

Dated: June 15, 2021

Respectfully submitted,

*/s/ Paul McDonald*
Paul McDonald/Bar No. 8626
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
pmcdonald@bernsteinshur.com

Danielle J. Healey
FISH & RICHARDSON
1221 McKinney Street
Suite 2800
Houston, Texas 77010
Telephone: (713) 654-5300
Email: healey@fr.com

Attorneys for Plaintiffs/Counterclaim Defendants Covetrus, Inc. and Veterinary Data Services, Inc.