**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| COVETRUS, INC. and<br>VETERINARY DATA SERVICES, INC.<br><br>Plaintiffs<br><br>v.<br><br>ACTIAN CORPORATION<br><br>Defendant | ) | Case No. 2:21-cv-00097-LEW |

## JOINT STIPULATION REGARDING PRETRIAL DEADLINES

Plaintiffs and Counterclaim Defendants Covetrus, Inc. ("Covetrus") and Veterinary Data Services, Inc. ("VDS") (Covetrus and VDS, collectively, "Plaintiffs/Counterclaim Defendants") and Defendant and Counterclaim Plaintiff Actian Corporation ("Actian"), by and through their undersigned counsel, submit the following Joint Stipulation Regarding Pretrial Deadlines.

Pursuant to the Court's Order of June 25, 2021, counsel for Plaintiffs/Counterclaim Defendants and Actian conferred in good faith regarding reasonable adjustments to pretrial deadlines set forth in the Court's Scheduling Order dated May 28, 2021. Counsel agreed upon modifications of certain deadlines and hereby stipulate to such modifications to the Scheduling Order as follows:

1. The deadline to amend the pleadings and joinder of parties is unchanged and remains **August 12, 2021**;
2. The deadline for Plaintiffs/Counterclaim Defendants to designate experts required to be disclosed by Fed. R. Civ. P. 26(a)(2)(A) (including

treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor is extended from August 12, 2021 to **September 3, 2021**;

3. The deadline for Plaintiffs/Counterclaim Defendants to submit a settlement demand is unchanged and remains **September 30,2021**;

4. The deadline for Actian to designate experts required to be disclosed by Fed. R. Civ. P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor is extended from September 16, 2012 to **October 8, 2021**;

5. The deadline for Actian to respond to Plaintiffs/Counterclaim Defendants' settlement demand is unchanged and remains **October 14, 2021**;

6. The deadline to complete discovery is extended from October 14, 2021 to **October 29, 2021**;

7. The deadline to file a Notice of Intent to file Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h) conference is unchanged and remains **October 21, 2021**;

8. The deadline for filling all Dispositive Motions and all *Daubert* and *Kumho* Motions Challenging Experts with Supporting Memoranda is unchanged and remains **November 4, 2021**; and

9. The expected trial date by which this case shall be ready for trial is unchanged and remains **January 3, 2022**.

Dated: July 14, 2021

Respectfully submitted,

*/s/ Paul McDonald*
Paul McDonald/Bar No. 8626
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
pmcdonald@bernsteinshur.com

Danielle J. Healey
FISH & RICHARDSON
1221 McKinney Street
Suite 2800
Houston, Texas 77010
Telephone: (713) 654-5300
healey@fr.com

Attorneys for Plaintiffs/Counterclaim Defendants Covetrus, Inc. and Veterinary Data Services, Inc.

*/s/ H. Ilse Teeters-Trumpy*
Adam S. Taylor
H. Ilse Teeters-Trumpy
Taylor, McCormack & Frame, LLC
30 Mil Street, 5th Floor
Portland, ME 04101
(207) 828-2005
ataylor@tmfattorneys.com
iteeterstrumpy@tmfattorneys.com

Ryan E. Hatch/SBN 235577
Hatch Law, PC
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Telephone: (310) 279-5076
ryan@hatchlaw.com

Attorneys for Defendant and Counterclaim Plaintiff Actian Corporation