**Exhibit A**

| | | |
|---|---|---|
| The deadline for Plaintiffs/Counterclaim Defendants to designate experts required to be disclosed by Fed. R. Civ. P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor | | Extended from **September 3, 2021** to **November 10, 2021** |
| The deadline for Plaintiffs/Counterclaim Defendants to submit a settlement demand | | Remains **September 30, 2021** |
| The deadline for Actian to designate experts required to be disclosed by Fed. R. Civ. P. 26(a)(2)(A) (including treating physicians and other non- retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor | | Extended from **October 8, 2021** to **December 14, 2021**; |
| The deadline for Actian to respond to Plaintiffs/Counterclaim Defendants' settlement demand | | Remains **October 14, 2021** |
| The deadline to complete discovery | | Extended from **October 29, 2021** to **January 14, 2022** |
| The deadline to file a Notice of Intent to file Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h) conference | | Extended from **October 21, 2021** to **January 21, 2022** |
| The deadline for filling all Dispositive Motions and all *Daubert* and *Kumho* Motions Challenging Experts with Supporting Memoranda | | Extended from **November 4, 2021**, to **January 28, 2022** |
| The responses in opposition to the Dispositive Motions and Daubert and Kumho Motions Challenging Experts | | **February 28, 2022** |
| Trial | | Extended from **January 3, 2022** to **March 14, 2022** |