IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COVETRUS, INC. and<br>VETERINARY DATA SERVICES, INC.,<br><br>    Plaintiffs/Counter-Defendants,<br><br>    v.<br><br>ACTIAN CORPORATION,<br><br>    Defendant/Counter-Plaintiff. | CASE NO. 2:21-CV-00097-LEW |

**PLAINTIFFS' SUPPLEMENTAL STATEMENT OF MATERIAL FACTS**

Pursuant to the Order granting Plaintiffs' Motion for Leave to Supplement the Statement of Material Facts in Support of their Motion to Refer Under Section 17 U.S.C. § 411 (b)(2) (Doc. 229), Plaintiffs respectfully submit the following additional material facts, which supplement their Rule 56 Statement of Material Facts (Doc. 196-1):

    62. Actian verified all facts stated on its Certificate of Registration TX 9-260-358 for software titled "Data Integrator v. 9.2.7.10 Engine," including but not limited to May 16, 2013 being the date of first publication. (Doc. 213-1 at PID # 3316-17).

    63. Actian verified all facts stated on its Certificate of Registration TX 9-260-777 for software titled "Data Integrator v. 9.2.6.6 Engine," including but not limited to January 9, 2013 being the date of first publication. (Doc. 213-1 at PID # 3312-13).

    64. Actian verified all facts stated on its Certificate of Registration TX 9-260-366 for software titled "Data Integrator v. 9.2.6.6 UI," including but not limited to January 9, 2013 being the date of first publication. (Doc. 213-1 at PID # 3314-15).

    65. The effective date of copyright registration for Actian's Data Integrator v. 9.2.7.10 Engine (TX 9-260-358), Data Integrator v. 9.2.6.6 Engine (TX 9-260-777) and Data Integrator v. 9.2.6.6 UI (TX 9-260-366) is May 11, 2023.

Dated: August 25, 2023

Respectfully submitted,

*/s/ Paul McDonald*
Paul McDonald
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200
pmcdonald@bernsteinshur.com

Danielle J. Healey, admitted *pro hac vice*
SPENCER FANE LLP
3040 Post Oak Blvd., Suite 1400
Houston, TX 77056-6560
(713) 212-2697
dhealey@spencerfane.com

Stephen J. Zralek, admitted *pro hac vice*
SPENCER FANE LLP
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6305
szralek@spencerfane.com

*Attorneys for Plaintiffs/Counter-Defendants*
*Covetrus, Inc. and*
*Veterinary Data Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 25, 2023, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which will send a notification of electric filing to all counsel of record who have appeared in this case.

*/s/ Paul McDonald*
Paul McDonald