# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

COVETRUS, INC. and              )
VETERINARY DATA SERVICES, INC.   )
                                    )

        Plaintiffs/Counterclaim   )
        Defendants             )
                                    )

     v.                        )     Case No. 2:21-cv-00097-LEW
                                    )

ACTIAN CORPORATION           )
                                    )

        Defendant/Counterclaim   )
        Plaintiff               )

## **JOINT STIPULATION AND MOTION REGARDING PRETRIAL DEADLINES**

Plaintiffs and Counterclaim Defendants Covetrus, Inc. ("Covetrus") and Veterinary Data Services, Inc. ("VDS") (collectively, "Plaintiffs") and Defendant and Counterclaim Plaintiff Actian Corporation ("Actian") (Covetrus, VDS, and Actian each a "Party" and, collectively, the "Parties"), by and through their undersigned counsel, hereby jointly move to amend the pre-trial schedule for the following reasons.

WHEREAS in view of a personal matter, counsel for Plaintiffs requires an extension of the deadline to respond to outstanding discovery requests; and

WHEREAS counsel for the parties have conferred in good faith regarding reasonable agreed adjustment to the pretrial schedule;

NOW THEREFORE, the Parties have agreed upon a modification of a certain pre-trial deadline and hereby stipulate that the deadline to respond to discovery requests is extended from **Friday, January 12, 2024** to **Tuesday, January 16, 2024**.

The parties respectfully request that the Court approve the above modification to the pre-trial schedule.

Dated:  January 12, 2024

Respectfully submitted,

*/s/ Paul McDonald*
Paul McDonald/Bar No. 8626
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
pmcdonald@bernsteinshur.com

Danielle J. Healey FISH &
RICHARDSON
1221 McKinney Street
Suite 2800
Houston, Texas 77010
Telephone: (713) 654-5300
healey@fr.com

*Attorneys for Plaintiffs/*
*CounterclaimDefendants Covetrus,*
*Inc. and Veterinary Data Services,*
*Inc.*

*/s/ Robert E. Mittel*
Robert E. Mittel, Esquire
Petruccelli, Martin & Haddow LLP
Two Monument Square, Suite 900
Portland, Maine 04112-8555
Telephone: 207-253-6417
rmittel@pmhlegal.com

Ryan E. Hatch
Hatch Law, PC
13323 W. Washington Blvd., Suite
302
Los Angeles, CA  90066
Telephone: (310) 279-5076
ryan@hatchlaw.com

*Attorneys for Defendant and*
*Counterclaim Plaintiff Actian*
*Corporation*