**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| COVETRUS, INC. and VETERINARY DATA SERVICES, INC.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ACTIAN CORPORATION,<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 2:21-cv-00097-SDN |

**PLAINTIFFS' OBJECTION TO THE FINAL**
**<u>PRETRIAL CONFERENCE REPORT AND ORDER</u>**

Plaintiffs Covetrus, Inc. and Veterinary Data Services, Inc. ("Plaintiffs"), respectfully submit this objection to the Court's Final Pretrial Conference Report and Order (Doc. 412), pursuant to the Notice provided at the close of the Order. At the March 5, 2026 pretrial conference, Plaintiffs' counsel explained they need 3.5 trial days for their main case and rebuttal. Defendant's counsel argued that trial should be 5 days split evenly between the parties. Out of an abundance of caution, Plaintiffs object to paragraph 3 of the Final Pretrial Conference Report and Order, "Maximum Number of Trial Days," which assigns days but does not allocate time: "5 full trial days based on an 8:30 a.m. to 2:30 p.m. schedule." Doc. 412 at ¶3. Plaintiffs have no objection if 3.5 of the 5 days are allocated for their main case and rebuttal but do object to anything that leaves them with less time.

At summary judgment, the Court found that the jury would have to resolve fact issues, including ambiguities in the contract, copyright validity and scope issues, damages issues, and the parties' defenses (including statute of limitations). Given the complexities of the case, if Plaintiffs are not given 3.5 of the 5 days, then they request 7 full trial days.

Plaintiffs understand that Federal Rule of Civil Procedure 72 applies to magistrate judge pretrial orders but provide this objection in the abundance of caution and only in response to the Notice in the Order. *Id.* at 3.

Dated: March 20, 2026

Respectfully submitted,

*/s/ Danielle J. Healey*

Danielle J. Healey
admitted *pro hac vice*
Brian G. Strand
admitted *pro hac vice*
SPENCER FANE LLP
3040 Post Oak Blvd., Suite 1400
Houston, TX 77056-6560
Telephone: (713) 212-2697
Email: dhealey@spencerfane.com
Email: bstrand@spencerfane.com

Brian Medich
admitted *pro hac vice*
SPENCER FANE LLP
1233 20th Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 921-1532
Email: bmedich@spencerfane.com

Stephen J. Zralek
admitted *pro hac vice*
SPENCER FANE LLP
511 Union Street, Suite 1600
Nashville, TN 37219
Telephone: (615) 238-6305
Email: szralek@spencerfane.com

Paul McDonald
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
Email: pmcdonald@bernsteinshur.com

***Attorneys for Plaintiffs Covetrus, Inc. and Veterinary Data Services, Inc.***

**CERTIFICATE OF SERVICE**

I certify that on March 20, 2026, the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Danielle J. Healey*
Danielle J. Healey