**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF MAINE**

| | |
|---|---|
| COVETRUS, INC. and<br>VETERINARY DATA SERVICES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ACTIAN CORPORATION<br><br>Defendant. | Case Number: 2:21-cv-00097-SDN |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Covetrus, Inc. and Veterinary Data Services, Inc. and Defendant Actian Corporation hereby stipulate that this action is dismissed with prejudice, with no prevailing party and each party bearing their own fees and costs.

Dated: April 20, 2026

By: */s/ Ryan E. Hatch*

Ryan E. Hatch (admitted *Pro Hac Vice*)
HATCH LAW, PC
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: 310-279-5076
Fax: (310) 693-5328
ryan@hatchlaw.com

*Attorney for Defendant Actian Corporation*

*/s/ Paul McDonald*

Paul McDonald/Bar No. 8626
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
pmcdonald@bernsteinshur.com

*Attorney for Plaintiffs Covetrus, Inc. and Veterinary Data Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all counsel of record through the CM/ECF system.

By /s/ *Paul McDonald*_______
Paul McDonald